CV

# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:07-cv-02589-PJS-JJG
### Internal Use Only

Johnson et al v. Pfizer Inc et al  
Assigned to: Judge Patrick J. Schiltz  
Referred to: Magistrate Judge Jeanne J. Graham  
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 06/05/2007  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Pauline Johnson**      represented by   **Elizabeth L Dudley**
Hutton & Hutton Law Firm
8100 E 22nd St N Bld 1200
Wichita, KS 67226
316-688-1166
Email: liz.dudley@huttonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark B Hutton**
Hutton & Hutton Law Firm, LLC
PO Box 638
Wichita, KS 67201-0638
316-688-1166
Fax: 316-686-1077
Email: mark.hutton@huttonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha K Wivell**
Attorney at Law
PO Box 339
Cook, MN 55723
218-666-0250
Email: mwivell@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norma Shirley Spencer**      represented by   **Elizabeth L Dudley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark B Hutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha K Wivell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard L. Furmanski**     represented by   **Elizabeth L Dudley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark B Hutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha K Wivell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc**     represented by   **Davina ShaRik Carson**
Faegre & Benson LLP
90 S 7th St Ste 2200
Minneapolis, MN 55402-3901
612-766-7344
Fax: 612-766-1600
Email: dcarson@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
Faegre & Benson LLP
90 S 7th St Ste 2200
Minneapolis, MN 55402-3901
612-766-7000
Fax: 612-766-1600
Email: jprice@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**     represented by   **Davina ShaRik Carson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GD Searle LLC**
*formerly known as*
GD Searle & Co
    represented by   **Davina ShaRik Carson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2007 | 1 | COMPLAINT with Jury Demand against all defendants ( Filing fee $ 350 receipt number 13660.) assigned to Judge Patrick J. Schiltz per Master List referred to Magistrate Judge Jeanne J. Graham, filed by Richard L. Furmanski, Pauline Johnson, Norma Shirley Spencer. (Attachments: # 1 Civil Cover Sheet)(dch) (Entered: 06/05/2007) |
| 06/05/2007 | | *** Copy of complaint sent to the MDL Panel (dch) (Entered: 06/05/2007) |
| 06/05/2007 | | Summons Issued as to Pfizer Inc, Pharmacia Corporation, GD Searle LLC. (dch) (Entered: 06/05/2007) |
| 06/20/2007 | 2 | SUMMONS Returned Executed by Richard L. Furmanski, Pauline Johnson, Norma Shirley Spencer. GD Searle LLC served on 6/5/2007, answer due 6/25/2007. (Wivell, Martha) (Entered: 06/20/2007) |
| 06/20/2007 | 3 | SUMMONS Returned Executed by Richard L. Furmanski, Pauline Johnson, Norma Shirley Spencer. Pharmacia Corporation served on 6/5/2007, answer due 6/25/2007. (Wivell, Martha) (Entered: 06/20/2007) |
| 06/25/2007 | 4 | *Defendants* ANSWER to Complaint with Jury Demand by Pfizer Inc, Pharmacia Corporation, GD Searle LLC.(Price, Joseph) (Entered: 06/25/2007) |
| 06/25/2007 | 5 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer Inc, Pharmacia Corporation, GD Searle LLC that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 06/25/2007) |
| 06/25/2007 | 6 | CERTIFICATE OF SERVICE by Pfizer Inc, Pharmacia Corporation, GD Searle LLC re 4 Answer to Complaint, 5 Rule 7.1 - Disclosure Statement (Price, Joseph) (Entered: 06/25/2007) |
| 06/25/2007 | | *** Attorney Davina ShaRik Carson for defendants added. (jdf) (Entered: 06/25/2007) |
| 06/29/2007 | 7 | SUMMONS Returned Executed by Richard L. Furmanski, Pauline Johnson, Norma Shirley Spencer. Pfizer Inc served on 6/5/2007, answer due 6/25/2007. (Wivell, Martha) (Entered: 06/29/2007) |
| 07/09/2007 | 8 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-73) from the Judicial Panel on Multidistrict Litigation, transferring case to Northern District of California for coordinated or consolidated pretrial proceedings. Case has been assigned to Judge Charles R. Breyer. (jdf) (Entered: 07/09/2007) |