IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PAULINE JOHNSON, NORMA SHIRLEY SPENCER, and RICHARD L. FURMANSKI,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC,<br><br>Defendants. | Case No.: 07-CV-2589-PJS/JJG<br><br>RULE 7.1 STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Pfizer Inc. ("Pfizer"), Pharmacia Corporation ("Pharmacia"), and G.D. Searle LLC ("Searle") submit this their Corporate Disclosure Statement. Defendants Pfizer, Pharmacia and Searle state:

1. Defendant Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

2. Defendant Pharmacia Corporation is a wholly-owned subsidiary of Defendant Pfizer Inc.

3. Defendant G.D. Searle LLC is a limited liability company whose sole member is Pharmacia & Upjohn Company LLC, which is a limited liability company whose sole member is Pharmacia & Upjohn LLC, which is a limited liability company whose sole member is Pharmacia Corporation.

1

                                                      Respectfully submitted,

Dated:  June 25, 2007                    FAEGRE & BENSON LLP

                                                     */s/ Joseph M. Price*
                                                     Joseph M. Price, # 88201
                                                     Davina ShaRik Carson, #0351726
                                                     2200 Wells Fargo Center
                                                     90 South Seventh Street
                                                     Minneapolis, MN  55402-3901
                                                     T (612) 766-7000
                                                     F (612) 766-1600

                                                     *Attorneys for Defendants Pfizer Inc.,*
                                                     *Pharmacia Corporation, and G.D. Searle LLC*

fb.us.2138872.02