JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 8 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1699

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-73)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,102 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL - 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCANNED
JUL 9 2007
U.S. DISTRICT COURT MPLS

## SCHEDULE CTO-73 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION | |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 3 07-449 | Thomas Padgett v. Pfizer Inc., et al. | |
| **MINNESOTA** | | |
| MN 0 07-2589 | Pauline Johnson, et al. v. Pfizer Inc., et al. | |
| **TEXAS NORTHERN** | | |
| ~~TXN 4 07-335~~ | ~~Frances Carter v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| **TEXAS SOUTHERN** | | |
| ~~TXS 2 07-247~~ | ~~Elva Estrada v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| ~~TXS 2 07-248~~ | ~~Helen Beams, etc. v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| ~~TXS 2 07-250~~ | ~~Margaret Ann Brittain, et al. v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| ~~TXS 2 07-254~~ | ~~Louis A. Barrera v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| ~~TXS 2 07-256~~ | ~~Viola Resendez, et al. v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| ~~TXS 7 07-136~~ | ~~Roel Gonzalez, et al. v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| **TEXAS WESTERN** | | |
| ~~TXW 1 07-426~~ | ~~Harold Walker, et al. v. Pfizer Inc., et al.~~ | Opposed 7/5/07 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 2 07-339 | Carol Smith, et al. v. Pfizer Inc. | |

**INVOLVED COUNSEL LIST (CTO-73)**
**DOCKET NO. 1699**
**IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Leslie A. Benitez
Clark, Thomas & Winters
300 West Sixth Street, Suite 1500
PO Box 1148
Austin, TX 78767-1148

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

George A. Daugherty
Daugherty Law Offices
22 Reynolds Avenue
Elkview, WV 25071

Elizabeth L. Dudley
Hutton & Hutton Law Firm, L.L.C.
8100 East 22nd Street
North Building 1200
Wichita, KS 67226

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Edward W. Gerecke
Carlton Fields, P.A.
4221 W. Boy Scout Boulevard
Suite 100
P.O. Box 3239
Tampa, FL 33601-3239

Erik W. Legg
Farrell, Farrell & Farrell
P.O. Box 6457
Huntington, WV 25772-6457

Gregory A. Markel
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Amy W. Schulman
DLA Piper
1251 Avenues of the Americas
45th Floor
New York, NY 10020-1104

Dimple Desai Shah
Law Office of Dimple Desai Shah
5216 Westshire Lane
Dallas, TX 75287

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Martha K. Wivell
P.O. Box 339
Cook, MN 55723

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

July 5, 2007

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-73)

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 18, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc: Transferee Judge:   Judge Charles R. Breyer
    Transferor Judges:  Judge Harvey E. Schlesinger; Judge Patrick J. Schiltz; Judge Joseph R. Goodwin
    Transferor Clerks:  Sheryl L Loesch; Richard Sletten; Teresa Deppner

JPML Form 36

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

July 6th, 2007

Minnesota District Court
United States Courthouse, Suite 202
300 South Fourth Street
Minneapolis, MN 55415

Re: MDL 1699 In re Bextra & Celebrex Marketing, Sales Practices and Products Lit.

Title of Case(s)
*Pauline Johnson, et al. -v- Pfizer Inc., et al.*

Your Case Number(s)
C.A. No. 07-2589

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Simone Voltz

If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to SFmdl_Clerk@cand.uscourts.gov, 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

/s/
By: Simone Voltz
Deputy Clerk

Encl.